Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

| | | |
|---|---|---|
| United States, and US Treaty Holder Jesse Michael Wall | ) | Case: 1:23-cv-03342 |
| | ) | Assigned To : Unassigned |
| | ) | Assign. Date : 11/8/2023 |
| _____ | ) | Description: Pro Se Gen. Civ. (F-DECK) |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| | ) | |
| Disctrict of Columbia et al: Judge Wingo, Judge J | ) | |
| Anderson, Judge Pipe St Elizabeths Hospital, Marshal | ) | |
| (s), CSOSA, Employee(s) On behalf of DC | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | United States, US Treaty Holder Jesse Michael Wall |
| Street Address | 140 M ST NE PH50 |
| City and County | Washington |
| State and Zip Code | DC 20002 |
| Telephone Number | |
| E-mail Address | boss@jetaffiliations.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED

NOV - 8 2023

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### Defendant No. 1

| | |
|---|---|
| Name | District of Columbia et al: *(OAG, Rule 4 (j) 2009) |
| Job or Title *(if known)* | Judge(s), Marshal(s), Employee(s) On behalf of DC  *listed |
| Street Address | 1350 Pensylvania Ave NW |
| City and County | Washington |
| State and Zip Code | DC 20004 |
| Telephone Number | |
| E-mail Address *(if known)* | oag@dc.gov |

### Defendant No. 2

| | |
|---|---|
| Name | Judge J Anderson |
| Job or Title *(if known)* | Associate Judge for DC Superior Court Chambers 1530 /Room 117 |
| Street Address | 500 Indiana Ave |
| City and County | Washington |
| State and Zip Code | DC 20001 |
| Telephone Number | (202) 879-4858 |
| E-mail Address *(if known)* | |

### Defendant No. 3

| | |
|---|---|
| Name | Judge Wingo |
| Job or Title *(if known)* | Deputy Judge for DC Superior Court Chambers 3660 / Room 114 |
| Street Address | 500 Indiana Ave |
| City and County | Washington |
| State and Zip Code | DC 20001 |
| Telephone Number | (202) 879-3282 |
| E-mail Address *(if known)* | |

### Defendant No. 4

| | |
|---|---|
| Name | Judge Pipe |
| Job or Title *(if known)* | Magistrate Judge for DC Superior Court Chambers 4450/Room C- |
| Street Address | 500 Indiana Ave |
| City and County | Washington |
| State and Zip Code | DC 20001 |
| Telephone Number | 879-4795 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

   ☑ Federal question              ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
US Land Patent OROCAA 028692 cash entry 7520 (SCOTUS Dec. 17th 2018, 18-8013) "led to a sovereign people of these United States." Jesse Michael Wall is a Federal entity by Land Patent. Under treaty law of the US. Sovereign and citizenship is Jesse Hiram Wall Land Patent, sovereign regardless of residence. Constitution contracts clause article 1 section 10. Jesse Wall may bring against the state, the state has no jurisdiction over Land Patent and heirs. 28 USC 1441 removal of civil acions.18 USC Ch 11 Conflicts of Interest. 4th Amendment. Invalid/No Warrant

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff, *(name)* US, US Treaty HolderJesse Michael Wall , is a citizen of the State of *(name)* Jesse Hiram Wall OROCAA 028692 #7520 .

   b.     If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.     If the defendant is a corporation

The defendant, *(name)* District of Columbia et al: *listed         , is incorporated under

the laws of the State of *(name)*   DC                                         , and has its

principal place of business in the State of *(name)*   DC                              .

Or is incorporated under the laws of *(foreign nation)*                              ,

and has its principal place of business in *(name)*                              .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

At lesst $60,000,000.00 compensatory value and punitive value of actions that were suffered by a US Sovereign and US Treaty Holder Jesse Wall(s) as the plaintiff of such.

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Mr Wall was sex assaulted on Aug 31st 2021 as confession of Matthews Jr on 2023CPO001844 trial transcripts. Matthews Jr perjured on 2023CPO001500 about Wall, trial of 2023CPO001844 confirms. Mr Wall is a US treaty Holder and federal entity by OROCAA 028692 Entry 7520 BLM. The courts of DC its employees were made aware of these actions against Mr Wall, and his sovereignty. The DC Superior Court did aid abet and or accessory confessor Matthews Jr. The DC court had accepted motion stating that Matthews Jr and the Marshal (s) did retaliate against Wall for reporting a sex crime. 05/26/2023. Judge J Anderson was reported for sex harassment. She continued sex harassment and did not recuse. DC detained Wall a federal sovereign entity.

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damages of sex harassment, mental anguish, wrongful detainment 75 days. Treason against the US Jesse Wall. Judge J Anderson was told she sex harrased Wall in zero-tolerance environment. It continued. Aid abet accessory enemy of state the confessor Matthews Jr of sex assault and attempt to cover up, perjury which was known to Wingo and Anderson, Pipe was told no jurisdiction, marshal(s) obstruct justice not allow Wall into court room. $100.000.00 per defendant retaliation report of sex crime. $100,000.00 per incident of sex harassment, and aid sex assault $10,000,000.00 by the district for libel, and defamation, $1,000,000.00. 15 million US dollars compensatory, and punitive 45 million US dollars. $60,000,000.00 total. Owed this as law allows suit of mental

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

anguish, and defamation by false imprisonment from perjury. False arrest as state can not attack sovereignty. Punitive to hold accountable the zero-tolerance environment of sex harassment in DC (Lick lips) These amounts are inline with actions awarded on federal level from previous cases. With wrongful sentence by duress of Wall where he was under his harasser(s) authority imposed on a fedral entity and Judges did not follow rules of sovereignty, and aided confessor of sex assaultt with a weapon brandished, they disregarded law, and this is gross abuse of power. Relief of CSOSA and conditions imposed under duress of harasser, and by perjury and sex assault of confessor. Break and enter no warrant by mail to plaintiff, 4th Amendment, broke door.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        11/08/2023

Signature of Plaintiff        x

Printed Name of Plaintiff        Jesse Wall

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address